# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MARCIA ALLYSE MULDROW,

  Plaintiff,

v.

                              CASE NO.: 1:24-cv-05957-SEG-RGV

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, FAIR COLLECTIONS & OUTSOURCING, INC., FINANCIAL MANAGEMENT SOLUTIONS, LLC, and TRANSWORLD SYSTEMS INC.,

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, MARCIA ALLYSE MULDROW, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement,

1

and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 4th day of February, 2025.

                **/s/Octavio Gomez**
                Octavio "Tav" Gomez
                Florida Bar #:0338620
                Georgia Bar #: 617963
                Pennsylvania #: 325066
                The Consumer Lawyers PLLC
                501 E. Kennedy Blvd., Ste 610
                Tampa, FL 33602
                Cell: (813)299-8537
                Facsimile: (844)951-3933
                Tav@theconsumerlawyers.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 4th day of February, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                **/s/Octavio Gomez**
                Octavio "Tav" Gomez
                Georgia Bar #: 617963
                The Consumer Lawyers, PLLC
                *Attorney for Plaintiff*