IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCIA ALLYSE MULDROW,

    Plaintiff,

    v.                               CASE NO. 1:24-cv-05957-SEG-RGV

EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS,
INC.; TRANS UNION LLC; FAIR
COLLECTIONS &
OUTSOURCING, INC.;
FINANCIAL MANAGEMENT
SOLUTIONS, LLC; and
TRANSWORLD SYSTEMS INC.,

    Defendants.
_____/

**DEFENDANT FAIR COLLECTIONS & OUTSOURCING, INC.'S
<u>MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Defendant Fair Collections & Outsourching, Inc., by and through the undersigned counsel, hereby moves to dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). The Court should grant this motion for the reasons stated in the attached memorandum of law. A proposed order has also been submitted.

                            Respectfully submitted,

                            **MESSER STRICKLER BURNETTE, LTD.**

1

By:   */s/ Maureen B. Walsh*
MAUREEN B. WALSH, ESQUIRE
GA Bar No. 224356
1200 Riverplace Blvd.
Suite 105, #1558
Jacksonville, FL 32207
☏ (904) 650-7531
🖷 (904) 298-8350 (fax)
✉ mwalsh@messerstrickler.com
*Counsel for Defendant*
*Fair Collections & Outsourcing, Inc.*

Dated: March 3, 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify on March 3, 2025, that the foregoing has been prepared in Time New Roman, 14-point font, and otherwise complies with the requirements of Local Rule 5.1.

*/s/ Maureen B. Walsh*
Maureen B. Walsh

## **CERTIFICATE OF SERVICE**

I certify that on March 3, 2025, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

                          **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Maureen B. Walsh*
        MAUREEN B. WALSH, ESQUIRE
        GA Bar No. 224356
        1200 Riverplace Blvd.
        Suite 105, #1558
        Jacksonville, FL 32207
        ☎ (904) 650-7531
        📠 (904) 298-8350 (fax)
        mwalsh@messerstrickler.com
        *Counsel for Defendant*
        *Fair Collections & Outsourcing, Inc.*

Dated: March 3, 2025