UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCIA ALLYSE MULDROW,

   Plaintiff,

v.                                              CASE NO.: 1:24-cv-05957-SEG-RGV

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, FAIR COLLECTIONS & OUTSOURCING, INC., FINANCIAL MANAGEMENT SOLUTIONS, LLC, and TRANSWORLD SYSTEMS INC.,

   Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, MARCIA ALLYSE MULDROW, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement,

1

and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 4th day of March, 2025.

                                  **/s/Octavio Gomez**
                                  Octavio "Tav" Gomez
                                  Florida Bar #:0338620
                                  Georgia Bar #: 617963
                                  Pennsylvania #: 325066
                                  The Consumer Lawyers PLLC
                                  501 E. Kennedy Blvd., Ste 610
                                  Tampa, FL 33602
                                  Cell: (813)299-8537
                                  Facsimile: (844)951-3933
                                  Tav@theconsumerlawyers.com
                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 4th day of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                  **/s/Octavio Gomez**
                                  Octavio "Tav" Gomez
                                  Georgia Bar #: 617963
                                  The Consumer Lawyers, PLLC
                                  *Attorney for Plaintiff*