# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCIA ALLYSE MULDROW,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, FAIR COLLECTIONS & OUTSOURCING, INC., FINANCIAL MANAGEMENT SOLUTIONS LLC, and TRANSWORLD SYSTEMS, INC.,<br><br>Defendants. | CASE NO.: 1:24-cv-05957-SEG-RGV |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO FAIR COLLECTIONS & OUTSOURCING, INC.,

COMES NOW Plaintiff, MARCIA ALLYSE MULDROW, and Defendant, FAIR COLLECTIONS & OUTSOURCING, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendant, FAIR COLLECTIONS & OUTSOURCING, INC., in the above-styled action, with Plaintiff and Defendants are to bear their own attorney's fees, costs and expenses.

Dated this 11th day of March 2025.

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Maureen B. Walsh** |
| Octavio "Tav" Gomez | Maureen B. Walsh |
| Florida Bar No.: 0338620 | Georgia Bar No.: 224356 |
| Georgia Bar No.: 617963 | Messer Strickler Burnette, Ltd. |
| Pennsylvania No.: 325066 | 1200 Riverplace Blvd., Suite 105 #1558 |
| The Consumer Lawyers PLLC | Jacksonville, Florida 32207 |
| 501 E. Kennedy Blvd, Suite 610 | Tel.: (904) 650-7531 |
| Tampa, FL 33602 | Facsimile: (904) 298-8350 |
| Cell: (813) 299-8537 | mwalsh@messerstrickler.com |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | *Attorney for Defendant, Fair Collections* |
| *Attorney for Plaintiff* | *& Outsourcing, Inc.* |