UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCIA ALLYSE MULDROW,

  Plaintiff,

v().

CASE NO. 1:24-cv-05957-SEG-RGV

EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC;
TRANS UNION LLC; FAIR
COLLECTIONS & OUTSOURCING,
INC.; FINANCIAL MANAGEMENT
SOLUTIONS, LLC; and
TRANSWORLD SYSTEMS INC.,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO**
**FINANCIAL MANAGEMENT SOLUTIONS, LLC**
**AND TRANSWORLD SYSTEMS INC.**

COMES NOW Plaintiff, MARCIA ALLYSE MULDROW, and Defendants, FINANCIAL MANAGEMENT SOLUTIONS, LLC and TRANSWORLD SYSTEMS INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff, against Defendants FINANCIAL MANAGEMENT SOLUTIONS, LLC and

1

TRANSWORLD SYSTEMS INC. in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of April 2025.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

/s/ Kirsten H. Smith
Kirsten H. Smith
Georgia Bar No. 702220
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7943
Facsimile: (504) 828-3737
ksmith@sessions.legal
*Counsel for Defendant, Transworld Systems Inc.*

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473
Bedard Law Group, P.C.
4855 River Green Pkwy, Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com
*Counsel for Defendant, Financial Management Solutions LLC*